UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| YOSEF LEROI MUSTAFANOS, on behalf of family of SHIRLEY JEAN CLIFTON,<br><br>Plaintiff(s),<br>v.<br>NEVADA HEALTH CARE SYSTEM, *et al.*,<br><br>Defendants. | Case No. 3:23-cv-00161-MMD-CSD<br><br>ORDER |

Yosef L. Mustafanos, proceeding *pro se*, initiated this action "on behalf of family and Shirley Jean Clifton." (ECF No. 6 at 1.) In a prior order, the Court ordered Mustafanos to show cause how his service of Defendant Constance C. Monda was proper, warning him the Court would dismiss Monda and close this case if he did not timely show cause. (ECF No 65.) The Court then granted Mustafanos a short extension of time to comply with its prior order, again warning him that failure to timely show cause would result in dismissal of Monda and closure of this case. (ECF No. 67.) Mustafanos did not timely respond, much less show cause.

It is therefore ordered that Defendant Constance C. Monda is dismissed from this case without prejudice.

The Clerk of Court is directed to enter judgment accordingly, and in accordance with the Court's prior orders (ECF Nos. 57, 65), and close this case.

DATED THIS 21st Day of December 2023.

MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE